IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

        Plaintiff,

  v.

DEBRA KAY BARTH,
COLUMBUS POLICE DEPARTMENT,
CITY OF COLUMBUS, COLUMBIA COUNTY,
DEPARTMENT OF CORRECTIONS,
and STATE OF WISCONSIN,

        Defendants.

OPINION & ORDER

18-cv-459-jdp

---

Plaintiff James Edward Grant, appearing pro se, has filed this complaint alleging that government officials mistreated him by charging him with violating an injunction and issuing him citations. He seeks $50 million in damages. But under the terms of sanctions used by this court, he generally remains barred from proceeding with new cases until he pays off the large debt he owes for filing fees for the cases and appeals he previously filed. The only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. *See Grant v. Gill*, No. 15-cv-420-jdp, 2016 WL 80676 (W.D. Wis. Jan. 7, 2016). Because his new complaint does not fall under either of the allowed categories of case-initiating documents he may file, I will dismiss this case.

ORDER

IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment for defendants and close this case.

Entered June 21, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge