IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

      Plaintiff,

v.

DEBRA KAY BARTH,
COLUMBUS POLICE DEPARTMENT,
CITY OF COLUMBUS,
COLUMBIA COUNTY,
DEPARTMENT OF CORRECTIONS, and
STATE OF WISCONSIN,

      Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-459-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                             6/21/2018

Peter Oppeneer, Clerk of Court             Date